UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| WILLIAM GUS THORNTON, § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 5:21-cv-00117 |
| v. § | JURY TRIAL DEMANDED |
| § | |
| SHORTY CRAIG BARRETT, § | |
| *Defendant*. § | |

### PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S INITIAL DISCLOSURE RESPONSES

**TO THE HONORABLE JUDGE:**

**NOW COMES** William Gus Thornton, Plaintiff in the above entitled and numbered cause, and files this Motion to Compel Defendant's Initial Disclosure Responses.

**I.**

On October 1, 2021, Plaintiff filed his initial Complaint and Defendant filed his Original Answer on October 25, 2021.  A Scheduling Conference was held on March 16, 2022 and a Discovery Order was entered on March 22, 2022.  The Discovery Order stated the parties Initial Disclosures were due within 30 days of the Scheduling Conference, making them due on April 15, 2022.

On August 9, 2022, counsel for Plaintiff notified counsel for Defendant that the disclosure responses were past due and requested they respond by August 16, 2022.  As of the date of this filing, Defendant has not provided their Initial Disclosure Responses.

**II.**

Defendant is required to provide Initial Disclosure responses Fed.R.Civ.P. 26 and pursuant to the Discovery Order (Document No. 25).

### III.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that Defendant be compelled to provide their Initial Disclosure Responses within ten (10) days of this Court's order. Plaintiff additionally prays for such other and further relief, general or special, legal or equitable, to which he may show himself justly entitled.

Respectfully submitted,

Wade A. Barrow
Texas Bar No. 24031844
**BARROW LAW, PLLC**
1214 Fairmount Avenue
Fort Worth, Texas 76104
(817) 617-7797 – Telephone
(817) 900-3408 – Facsimile
service@barrow-law.com

Nicholas J. Wagoner
*Of Counsel*
Texas State Bar No. 24079530
Federal I.D. No. 1339971
nick@wagonerlawfirm.legal
WAGONER LAW FIRM
8330 Lyndon B. Johnson Fwy., Ste. 465
Dallas, TX 77092
Telephone: 469-810-0473
Facsimile: 469-716-4184

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

On September 13, 2022, I certify that a true and correct copy of the above document was forwarded to all known counsel of record in accordance with Federal Rule of Civil Procedure 5 via electronic service.

                                                  Wade A. Barrow

CERTIFICATE OF CONFERENCE

On August 9, 2022, counsel for Plaintiff notified counsel for Defendant via email that their disclosure responses were past due and requested they provide their responses by August 16, 2022. Counsel for Defendant never responded to the email or provided responses.

                                                  Wade A. Barrow