IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| WILLIAM GUS THORNTON, <br><br> *Plaintiff and Counter-Defendant*, <br><br> v. <br><br> SHORTY CRAIG BARRETT, <br><br> *Defendant* and *Counter-Plaintiff*, <br><br> JULIE THORNTON, <br><br> *Third-Party Defendant.* | CIVIL ACTION NO. 5:21-CV-00117-JRG |

## ORDER

Before the Court is Plaintiff and Counter-Defendant William Gus Thornton's Motion to Compel Defendant's Initial Disclosures Responses ("Motion"). (Dkt. No. 26). In the Motion, Mr. Thornton seeks the disclosure of Defendant and Counter-Plaintiff Shorty Craig Barrett's initial disclosure responses, as required by Federal Rule of Civil Procedure 26 and the Court's Discovery Order (Docket No. 25). (*Id.*). The Motion was filed as opposed, but Mr. Barrett failed to file any opposition. *See* Local Rule CV-7(e). Accordingly, the Motion is fully briefed and ripe for consideration as unopposed.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** Mr. Shorty Craig Barrett comply with Federal Rule of Civil Procedure 26(a)(1) and the Court's Discovery Order on or before **October 7, 2022**.

2

**So ORDERED and SIGNED this 4th day of October, 2022.**

                                                                                   RODNEY GILSTRAP
                                                                                    UNITED STATES DISTRICT JUDGE