**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **WILLIAM GUS THORNTON,**<br><br>***Plaintiff,***<br><br>***v.***<br><br>**SHORTY CRAIG BARRETT,**<br><br>***Defendant*** | **CIVIL CASE No. 5:21-cv-00117**<br>**JURY TRIAL DEMANDED** |

## JULIE THORNTON'S ANSWER TO COUNTERCLAIM

Julie Thornton answers the counterclaim of Shorty Craig Barrett. [Dkt 11]

### Julie Thornton's Answer to Jurisdiction and Venue Allegations

1. Julie Thornton admits that venue in proper in this district and this divisions. She also admits that the Court has personal jurisdiction over the parties and subject-matter jurisdiction over the claims. She denies the remaining allegations of Dkt. 11, ¶ 11.

2. Julie Thornton admits the allegation in Dkt. 11, ¶ 12.

3. Julie Thornton admits the allegation in Dkt. 11, ¶ 13.

4. Julie Thornton admits the allegation in Dkt. 11, ¶ 14.

5. Julie Thornton admits the allegation in Dkt. 11, ¶ 15.

6. Julie Thornton denies the allegation in Dkt. 11, ¶ 16.

**Julie Thornton's Answer to Factual Allegations**[1]

7. Julie Thornton lacks sufficient knowledge to admit or deny the allegation in Dkt. 11, ¶ 12.

8. Julie Thornton admits the allegation in Dkt. 11, ¶ 13.

9. Julie Thornton lacks sufficient knowledge to admit or deny the allegation in Dkt. 11, ¶ 14.

10. Julie Thornton lacks sufficient knowledge to admit or deny the allegation in Dkt. 11, ¶ 15.

11. Julie Thornton denies the allegation in Dkt. 11, ¶ 16.

12. Julie Thornton denies the allegation in Dkt. 11, ¶ 17.

13. Julie Thornton denies the allegation in Dkt. 11, ¶ 18.

14. Julie Thornton denies the allegation in Dkt. 11, ¶ 19.

**Affirmative Defenses and Other Matters**

15. Shorty Craig Barrett is libel-proof as that term is used in *Finklea v. Jacksonville Daily Progress*, 742 S.W.2d 512 (Tex. App.—Tyler 1987, writ dism'd w.o.j.) [Lexis][Westlaw]

16. Shorty Craig Barrett is a limited-purpose public figure and must meet the burdens of a defamation plaintiff with that status.

17. Shorty Craig Barrett's claims are barred by the applicable Texas statute of limitations.

[1] The counterclaim's paragraph numbering restarts at paragraph 12 for the factual allegations.

18. The actions of Shorty Craig Barrett were an intervening or superseding cause of any injury he sustained.

19. The communications alleged by Shorty Craig Barrett lack the specificity necessary for an actionable defamation under Texas law. *See generally Mogged v. Lindamood*, No. 02-18-00126-CV, 2020 WL 7074390, 2020 Tex. App. LEXIS 9445, at *43 (Tex. App.—Fort Worth, Dec. 3, 2020, pet. denied)(Holding that the label "sexual predator" was a statement of opinion and not an actionable statement of fact.)[LEXIS][WESTLAW]

20. Shorty Craig Barrett did not use ordinary care to mitigate his damages.

21. Julie Thornton prays for a take nothing judgment as to all claims of Shorty Craig Barrett and for all other relief to which she is entitled.

Respectfully submitted, March 13, 2023.

*/s/ Steven R. Samples*
Steven R. Samples, Lead Attorney
Texas State Bar No. 24086348
James R. Ames, III
Texas State Bar No. 24091111
SAMPLES AMES
460 West Harwood Road
Hurst, Texas 76054
817-605-1505
855-605-1505 fax
docket@tex.law

Counsel for Julie Thornton

## CERTIFICATE OF SERVICE

I certify that on March 13, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system, and notice was electronically provided to the following CM/ECF system participants:

Wade Barrow
BARROW LAW, PLLC
1214 Fairmount Avenue
Fort Worth, TX 76104
817-617-7797
817-900-3408 Fax
wade@barrow-law.com

*Counsel for Gus Thornton*

Nicholas J. Wagoner
WAGONER LAW FIRM
8330 Lyndon B. Johnson Fwy., Ste. 465
Dallas, TX 77092
469-810-0473
469-716-4184 Fax
nick@wagonerlawfirm.legal

*Counsel for Gus Thornton*

David J. Potter
DAVID J. POTTER AND ASSOCIATES
901 N. State Line Avenue
Texarkana, Texas 75501
903-794-2283
903-792-6553
dpotter@potter-law.com

*Counsel for Shorty Craig Barrett*

*/s/ Steven R. Samples*
Steven R. Samples